# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED
OCT 13 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

ERIN D. SCHWEITZER              ,  )
                                   )
         Plaintiff                 )
                                   )
    vs.                            )   Case No. _____
                                   )   (*The case number will be assigned by the clerk*)
U.S. MARSHAL SERVICE               )
BROWN COUNTY JAIL                  )
FEDERAL INMATE CUSTODY STAFF       )
MEDICAL STAFF IN BROWN COUNTY      )
_____    )
_____    )
_____   ,)
                                   )
         Defendant(s)              )

(*List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format*).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐   42 U.S.C. §1983 (state, county or municipal defendants)

☒   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐   Other federal law: _____

☐   Unknown _____

### I. FEDERAL JURISDICTION

_____

**Please refer to the instructions when filling out this complaint.* *Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: ERIN D. SCHWEITZER

Prison Identification Number: 16990-089

Current address: FEDERAL PRISON CAMP-Pekin

P.O. BOX 5000 Pekin, Il. 61555

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: U.S. MARSHAL SERVICE

Current Job Title: Oversee conditions for all federal inmates

Current Work Address: unknown

Defendant #2:

Full Name: Brown County Jail

Current Job Title: CUSTODY STAFF THAT OVERSEE FEDERAL INMATES

Current Work Address: 3030 CURRY LANE GREEN BAY, WI 54311

Defendant #3:

Full Name: MEDICAL STAFF AT BROWN COUNTY JAIL

Current Job Title: MEDICAL STAFF

2

Current Work Address ___Brown County Jail___

___3030 Curry Lane Green Bay, WI 54311___

Defendant #4:

Full Name: ___none___

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: ___none___

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had a case dismissed which counted as a "strike" under 28 U.S.C. § 1915(g)?

   Yes ☐   No ☒

B. If your answer to A is yes, how many? _____

C. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐   No ☒

D. If your answer to B is yes, how many? _____   Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number
   _____ n/a _____

2. Basic claim made _____ n/a _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____ n/a _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?   Yes ☐   No ☒

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___BROWN COUNTY JAIL 3030 Curry Lane Green Bay, WI 54311

4

Date(s) of the occurrence _____SEE ATTACHED_____

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

SEE ATTACHED

I WOULD LIKE TO HAVE ALL INFORMATION IN THIS ACTION FILED UNDER SEAL

I would like to have both punitive and monetary damages awarded. The Punitive damages should include, but not limited to, the Marshals Service being aware of the policies in place, reviewing them, and changing the policy for pre-trial detainees needing medical attention; require safe housing for all federal pre-trial detainees at any and all costs; The Brown County Jail should be required to medically treat and set appointments to see inmates in a reasonable time frame for medical issues; Provide needed and appropriate medical supplies for federal inmates, such as , medical goss, band-aids, ointments, heating pad/ice packs, etc. at no cost to the federal inmate.; Contract medical unit for jail required to have licensed personnel and professionals to diagnose & treat inmates. The monetary damages in the amount of $850,000.00 pertaining to Medical ER visit; Money charged for nurses visits at Brown County Jail; Emotional and Mental Trauma with the lack of treatment. Treatment by the Correctional officers while condition was getting worse; Physical impairment & Life long scarring & maimed injury to my leg---as well as internal injury from the infection progressing to a lower level of sepsis; Pain & Suffering endured by me personally & my family for their fears of losing me; PTSD developed since these incidents; cruel & unusual punishment endured throughout this entire experience

## RELIEF REQUESTED

(State what relief you want from the court.)

I would like to have both punitive and monetary damages awarded

7

These awards from the court will set a standard for the manner in which inmates that are being held in the Brown County Jail, in Green Bay, WI will see changes in the way that the staff handles any medical situation, whether they assess it to be minor or major surgery, the fact still remains that the people that are housed in their jail, under a federal contract should have been given better medical care. I may be the "example", but I am in hopes that the policies will change and that the Marshal Service will pay attention to their detainees

JURY DEMAND    Yes ☐    No ☒

Signed this ___10th___ day of ___October___, 20_23_.

*Erin D. Schweitzer*
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| ERIN D. SCHWEITZER | 16990-089 |
| Address:<br>FEDERAL PRISON CAMP-PEKIN<br>P.O. BOX 5000<br>PEKIN, ILLINOIS 61555 | Telephone Number:<br>n/a |

8

⇕16990-089⇕
Erin Schweitzer
PO BOX 5000.
Federal Prison Camp
Pekin, IL 61555
United States

⇕16990-089⇕
United States Court House
201 S VINE ST
Urbana, IL 61801
United States





RDC 99

Retail

61801

U.S. POSTAGE P)
FCM LG ENV
PEKIN, IL 61554
OCT 11, 2023
$0.00
R2305E125393-1